UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON STINGLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HANFORD, et al.,<br><br>　　　　Defendants. | Case No.  1:23-cv-00089-KES-BAM<br><br>**ORDER GRANTING IN PART JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES**  (Doc. 33)<br><br>Non-Expert Discovery Cutoff:　May 16, 2025<br><br>Expert Disclosure:　June 13, 2025<br><br>Supplemental Expert Disclosure:　July 11, 2025<br><br>Expert Discovery Cutoff:　August 8, 2025 |

　　On December 19, 2024, the parties filed a stipulation agreeing to a 90-day extension of all remaining pre-trial discovery deadlines, with the exception of the currently scheduled pre-trial conference and trial.  (Doc. 33.)  The parties explained that an extension of time was necessary as "counsels for all parties have been in and out [of] trials and have not been able to coordinate further discovery, including depositions."  (*Id.* at 2.)

　　Following a preliminary review of the stipulation, the Court held a status conference to discuss the proposed modification of the Amended Scheduling Conference Order.  (Doc. 30.)  Counsel Cabral Bonner appeared by Zoom video on behalf of Plaintiff Jason Stingley.  Counsel

Christina Di Filippo appeared by Zoom video on behalf of Defendants City of Hanford, City of Hanford Police Department, Parker Sever, Jeff Davis, and Stephanie Huddleston.

At the outset of the conference, the Court informed the parties that it did not intend to modify the current dispositive motion deadline, nor did it intend to continue the pre-trial conference and trial dates. The parties indicated that discovery was now proceeding after initial delays. The parties also indicated that depositions have been scheduled, including Plaintiff's deposition, in coordination with another action. Additionally, mediation has been scheduled for March 17, 2025.

Based on the agreement of the parties, and good cause resulting from delays in coordinating discovery, the parties' joint stipulation to modify the pretrial deadlines in this action is GRANTED IN PART as follows:

| | |
|---|---|
| Non-expert Discovery Cutoff: | May 16, 2025 |
| Expert Disclosure: | June 13, 2025 |
| Supplemental Expert Disclosure: | July 11, 2025 |
| Expert Discovery Cutoff: | August 8, 2025 |

The following deadlines remain as currently scheduled:

| | |
|---|---|
| Pre-trial Motion Filing Deadline: | July 21, 2025 |
| Pre-Trial Conference: | December 15, 2025, 1:30 p.m. Courtroom 6 (KES) |
| Jury Trial: (7-10 days) | February 24, 2026, 9:00 a.m. Courtroom 6 (KES) |

<u>No further modification of the Court's Amended Scheduling Conference Order will be granted absent a demonstrated showing of good cause, which will be narrowly construed.</u>

IT IS SO ORDERED.

Dated: **January 3, 2025**                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE

2